| NAME OF BANKRUPT/DEBTOR | | | DIST. NO. | OFF. NO. | DOCKET NO. | | REOPENED |
|---|---|---|---|---|---|---|---|
| VOYLES, | THOMAS | EUGENE | 0975 | 1 | BK 79-00001 | | R |
| Last | First | Middle | CHAPTER OR SECTION | | CHECK IF | X | Voluntary |
| | | | I - VII | | | | Involuntary |
| | | | DATE PETITION FILED | | ▶ | | Fee paid in installments |
| | | | Jan. 3, 1979 | | | | Corporation |
| | | | DATE CLOSED | | OCCU-PATION | | Farmer |
| | | | Nov. 28, 1980 | | | X | Employee |
| | | | DIS-CHARGE | X Granted | (Check one) | | Professional |
| | | | ▶ | Denied | | | Other (Non-business) |
| | | | | Waived | ▶ | | Merchant |
| ADDRESS OF BANKRUPT/DEBTOR (Number and Street) | | | DATE DISCHARGED | | | | Manufacturer |
| 1600 Wilikina Dr., #B-704, Wahiawa, HI | | | Apr. 30, 1979 | | | | Other (Business) |
| ~~304 Ohai Place~~ | | | PETITION DISMISSED? ☐ YES | DATE DISMISSED | CHAPTER UNDER WHICH CASE WAS PENDING WHEN DISMISSED | | |
| | | | JOINTLY ADMINISTERED OR CONSOLIDATED WITH DOCKET NOS | | | | |
| CITY | ZIP | COUNTY | STATE | | | | DATE |
| | | | | NAME OF BANKRUPTCY JUDGE | | | JUDGE CODE |
| Wahiawa | 96786 | Honolulu | Hawaii | Jon J. Chinen | | | 14 |

| | NAMES AND ADDRESSES |
|---|---|
| ATTORNEY FOR BANK-RUPT OR DEBTOR ▶ | Harry H. Masaki, 1109 Bethel Street, Ste. 217, Honolulu, Hawaii 96813 |
| ATTORNEY FOR PETI-TIONING CREDITORS ▶ | |
| RECEIVER ▶ | |
| ATTORNEY FOR RECEIVER ▶ | |
| TRUSTEE ▶ | ~~Katsumi Nomura~~ <br> ~~99-869-B Lalawai Drive~~ <br> ~~Aiea, Hawaii 96701~~ |
| ATTORNEY FOR TRUSTEE ▶ | |
| CHANGES OF PRINCIPALS | |

| DATE | PROCEEDINGS | |
|---|---|---|
| **1979** | | |
| Jan 3 | (1) Voluntary Petition, Schedules & Statement of Affairs - referred to Bankruptcy Judge | |
| 17 | (2) Order for First Meeting of Creditors and Fixing Times for Filing Objections to Discharge and for Filing Complaint to Determine Dischargeability of Certain Debts, Combined with Notice Thereof and of Automatic Stay filed (Feb. 27, 1979 @ 1:30 p.m.) (March 9, 1979) - 20 notices mailed. | CHINEN |
| 29 | (3) Motion to File Amended Schedules A-2 and A-3 ; Order | CHINEN |
| Feb 14 | (4) Motion to File Amended Schedule A-2 and A-3; Order | CHINEN |
| 27 | EP: First Mtg - Bankrupt, Hee, Atty. Masaki, Bill Mitchner of CIT Financial present - Bankrupt CST - bankrupt's new address is: 1600 Wilikina Dr. #B-704, Wahiawa, HI - CIT Financial should be listed as a secured creditor- K. Nomura appt'd Trustee | CHINEN |

FORM BK 74
APRIL 1977

UNITED STATES DISTRICT COURTS

**BANKRUPTCY DOCKET**

[X] CHECK THIS BOX IF FILING FEES WERE PAID IN FULL AT THE TIME OF FILING

| 1979 DATE | PROCEEDINGS | |
|---|---|---|
| Feb 28 | (5) Minutes of First Meeting of Creditors and Order (cc: Nomura) | CHINEN |
| Mar 6 | (6) Acceptance; Trustee's Report of Exempt Property | |
| Apr 3 | (7) Trustee's Demand for Income Tax Refunds | |
| 25 | (8) Application to Abandon Property | |
|  | (9) Final Report and Accounting of Trustee | |
|  | (10) Petition for Allowance of Trustee's Fee | |
| 30 | (11) Discharge of Bankrupt (20 Notices Mailed) | CHINEN |
| May 7 | (12) Order to Abandon Property (cc: Nomura) | CHINEN |
| 4 | (13) Order Fixing Times for Filing Claims and Notice Thereof (8/26/79) | CHINEN |
| Oct. 15 | (14) Trustee's Interim Status Report | |
| 1980 | | |
| May 8 | (15) TRUSTEE'S Interim Report | |
| Jun 30 | (16) TRUSTEE'S Audit of Claims | |
| Jul 23 | (17) TRUSTEE'S Reccomendation for Payment of Claims | |
| Sep 3 | (18) OBJECTION to Claim No. 2 and Notice of Hearing and Order Thereon (9-24-80 @ 1:15 p.m.) (d-9/17/80)(cc: 20 notices) | CHINEN |
|  | (19) ORDER Waiving Notice of Final Meeting and Final Order of Distribution (d-9/17/80) | CHINEN |
| 19 | EP: Obj/Claim #2 - Nomura, Bankrupt & Masaki present - objection upheld - claim rejected | CHINEN |
| 24 | (20) MINUTES | |
| Nov 28 | (21) TRUSTEE'S Supplemental Final Report and Application for Discharge of the Trustee and Orders (d-12/2/80) | CHINEN |
|  | (22) ORDER Approving Account, Discharging Trustee, And Closing Estate (cc: Nomura, Masaki) (d-12/2/80) | CHINEN |

CASE CLOSED

| NAME OF BANKRUPT/DEBTOR | | | DIST. NO. | OFF. NO. | DOCKET NO. | | REOPENED |
|---|---|---|---|---|---|---|---|
| **VOYLES,** Last | **THOMAS** First | **EUGENE** Middle | **0975** | **1** | **BK 79-00001** | | R |
| | | | CHAPTER OR SECTION **I - VII** | | CHECK IF ▶ | X Voluntary | |
| | | | | | | Involuntary | |
| | | | | | | Fee paid in installments | |
| | | | DATE PETITION FILED **Jan. 3, 1979** | | | Corporation | |
| | | | DATE CLOSED | | OCCU-PATION | Farmer | |
| | | | | | | X Employee | |
| | | | DIS-CHARGE ▶ | Granted | (Check one) ▶ | Professional | |
| | | | | Denied | | Other (Non-business) | |
| | | | | Waived | | Merchant | |
| ADDRESS OF BANKRUPT/DEBTOR (Number and Street) | | | DATE DISCHARGED | | | Manufacturer | |
| | | | | | | Other (Business) | |
| **304 Ohai Place** | | | PETITION DISMISSED? ☐ YES | DATE DISMISSED | | CHAPTER UNDER WHICH CASE WAS PENDING WHEN DISMISSED | |
| | | | JOINTLY ADMINISTERED OR CONSOLIDATED WITH DOCKET NOS | | | | |
| CITY | ZIP | COUNTY | STATE | NAME OF BANKRUPTCY JUDGE | | DATE | JUDGE CODE |
| **Wahiawa** | **96786** | **Honolulu** | **Hawaii** | **Jon J. Chinen** | | | **14** |

ATTORNEY FOR BANKRUPT OR DEBTOR ▶ NAMES AND ADDRESSES: Harry H. Masaki, 1109 Bethel Street, Ste. 217, Honolulu, Hawaii 96813

| DATE | DESCRIPTION | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| 1979 Jan 3 | Harry Masaki | 50 00 | | |
| 5 | TUS | | 40 00 | |
| 1981 Jan. 14 | Sched. 81-19 | | 10 00 | 0 00 |

FORM BK 74-C
APRIL 1977

**BANKRUPTCY LEDGER SHEET**

UNITED STATES DISTRICT COURTS